

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00221-CV

**IN RE** Agustin **ESTRADA**, individually and doing business as AE TRUCKING, Relator

Original Proceeding[1]

PER CURIAM

Sitting:       Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: June 9, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relator has filed a petition for writ of mandamus and motion for temporary relief. We have the power to issue writs of mandamus when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and record, we conclude relator has not satisfied this burden. Accordingly, we deny the petition and motion for temporary relief. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2018-CI-18478 pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding. In the mandamus petition, relator also named the Honorable Peter Sakai and the Honorable Angelica Jimenez as respondents.